UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | § | C.A. NO. 2:17-cv-05394-SM-MBN |
| OF RODI MARINE, LLC, AS | § | |
| OWNER AND OPERATOR | § | |
| OF THE M/V WILDCAT PETITIONING | § | |
| FOR EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | SEC. "E"    MAG (5) |

**PETITION FOR ADMISSION *PRO HAC VICE***

In accordance with the Uniform Local Rules for the United States District Court, Eastern District of Louisiana, application is made by Mary Holmesly to be admitted *pro hac vice* to the Bar of this Court for the purpose of appearing as trial counsel of record on behalf of Lionel Every Jr., Claimant in the above-described action.

- I am ineligible to become a member of this Court, but I am a member in good standing of the Bar of the United States District Court for the Southern District of Texas.

- Attached hereto is a Certificate of Good Standing from such court, and payment of the applicable fee.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the Uniform Local Rules for the United States District Court, Eastern District of Louisiana, Walter Naquin, Jr., who has appeared for Claimant herein, is appointed as local counsel.

- I authorize the Clerk of the Court for the Eastern District of Louisiana to transmit notice of entries of judgment and orders to me under Fed.R.Civ.P. 77 and the Local Rules.  I also agree to receive notice electronically from other parties and the Court via electronic mail.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the Court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| /s/ *Mary Holmesly* | */s/ Walter Naquin, Jr.* |
| Signature of Applying Attorney | Signature of Local Counsel |

Mary Holmesly  
State Bar No.  24057907  
Spagnoletti & Co.  
401 Louisiana Street, 8th Floor  
Houston, Texas 77002  
Telephone: 713-653-5600  
Facsimile: 713-653-5656  
Email: mholmesly@spaglaw.com  

Walter Naquin, Jr. (#09891)

P. O. Box 127  
Thibodaux, LA 70302  
Telephone: 985.447.9554  
Email: butchnaquin@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was on this 7th day of September, 2017, automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing, in accordance with the Federal Rules of Civil Procedure.

*/s/ Walter Naquin, Jr.*  
Walter Naquin, Jr.