UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | CIVIL ACTION NO. 2:17-CV-5394 |
| COMPLAINT OF RODI MARINE, LLC, | § | |
| AS OWNER AND OPERATOR OF THE | § | JUDGE MORGAN |
| M/V WILDCAT, PETITIONING FOR | § | |
| EXONERATION FROM OR | § | MAGISTRATE JUDGE NORTH |
| LIMITATION OF LIABILITY | § | |

NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF
AUTOMATIC STAY PURSUANT TO SECTION 362(a) OF BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on February 15, 2018, Fieldwood Energy LLC and certain of its affiliates, including Fieldwood Energy Offshore LLC, as debtors and debtors in possession (collectively, the "**Debtors**"), each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered under the lead case titled *In re Fieldwood Energy LLC, et al.,* Case No. 18-30648 (DRJ).  A list of the Debtors and the court docket related to the Chapter 11 Cases can be accessed online without charge at: https://cases.primeclerk.com/fieldwood/.

**PLEASE BE ADVISED** that, pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate."  11 U.S.C. §§ 362(a)(1),

{N1440818 -}

362(a)(3). Accordingly, the above-captioned matter has been stayed as to the Debtors pursuant to the Automatic Stay of the Bankruptcy Code.

**PLEASE BE FURTHER ADVISED** that any action taken against the Debtors without first obtaining relief from the Automatic Stay from the Bankruptcy Court may be void *ab initio* and may result in a finding of contempt. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

If the Court or any parties have questions regarding the Chapter 11 Cases, please contact counsel for the Debtors:

Matthew S. Barr (matt.barr@weil.com)
Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jessica Liou (jessica.liou@weil.com)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Alfredo R. Pérez (alfredo.perez@weil.com)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511

This 22nd day of February 2018.

      Respectfully submitted:

        /s/ James D. Bercaw
      James D. Bercaw, T.A. (20492)
      **KING, KREBS & JURGENS, P.L.L.C.**
      201 St. Charles Avenue, 45th Floor
      New Orleans, Louisiana  70170
      Telephone:  (504) 582-3800
      Facsimile:  (504) 582-1233
      Email: jbercaw@kingkrebs.com

      Counsel for defendant, Fieldwood Energy LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ James D. Bercaw

{N1440818 -}