## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN THE MATTER OF THE COMPLAINT** | * | **CIVIL ACTION** |
| **OF RODI MARINE, LLC, AS** | * | |
| **OWNER AND OPERATOR** | * | **NO. 17-5394** |
| **OF THE M/V WILDCAT** | * | |
| **PETITIONING FOR EXONERATION** | * | **SECTION: E(5)** |
| **FROM OR LIMITATION OF LIABILITY** | * | |

*********************************************

### FIRST SUPPLEMENTAL AND AMENDING ANSWER AND CLAIM IN RESPONSE TO THE COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Antonio Smith, a person of the legal age of majority domiciled in the State of Mississippi, ("Claimant") files this First Supplemental and Amending Answer and Claim in Response to the Complaint for Exoneration From or Limitation of Liability filed by Rodi Marine, LLC, (Petitioner) and would respectfully supplement and amend the original Claim of Damages, as follows:

I. CLAIM OF DAMAGES

4.      Claimant is entitled to maintain an action against Petitioner and bring this claim for the following damages arising out of the above-described incident causing injuries to claimant:

e.      Punitive Damages - Claimant asserts his right to recover all punitive damages available to him under applicable law, including but not limited to the general maritime law, for any gross negligence, willful and wanton acts of negligence, and/or malicious or outrageous conduct committed by or on behalf of the Petitioner, proven at the trial of this matter.

VII.        Claimant, Antonio Smith, re-alleges and re-avers each and every other allegation, claim,  answer and defense asserted in the original Answer and Claim in Response to the  Complaint for Exoneration From or Limitation of Liability filed by Rodi Marine, LLC,  as if copied herein, *in extenso.*

-1-

**WHEREFORE,** claimant, Antonio Smith, Jr., prays that after due proceedings are had that judgment be rendered in his favor against petitioner, as prayed for in this pleading and in the original Answer and Claim in Response to the  Complaint for Exoneration From or Limitation of Liability filed by Rodi Marine, LLC together with pre-judgment interest and post-judgment interest, and for all costs of these proceedings, including expert fees, and for all other general and equitable relief deemed appropriate by this Honorable Court.

Respectfully submitted,

GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, Louisiana
Telephone:     (504) 581-7070
Facsimile:     (504) 581-7083

s/ John G. Munoz
JOHN G. MUNOZ - #9830

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 30th day of July, 2018 to any non-CM/ECF participants.

s/ John G. Munoz
JOHN G. MUNOZ