MINUTE ENTRY
MORGAN, J.
September 27, 2018

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: RODI MARINE LLC

CIVIL ACTION

NO. 17-5394

SECTION: "E" (5)

A status conference was held on September 27, 2018, at 1:00 p.m. in the chambers of Judge Susie Morgan.

Present: Harry Morse and Martin Bohman, counsel for Petitioner, Rodi Marine LLC; John Munoz, counsel for Claimant, Antonio Smith; Eric Rhine (via telephone), counsel for Claimant, Lionel Every, Jr.; James Bercaw, counsel for Claimant, Fieldwood Energy LLC.

The parties discussed the status of the case following oral argument on the cross motions for summary judgment filed by Rodi Marine, LLC and Fieldwood Energy, LLC. The Court instructed the parties that any motion for leave to amend the Complaint, Third Party Complaint, or Answers to Complaints must be filed by no later than **Thursday, October 11, 2018**.

The Court clarified that the expert reports of Claimants and Fieldwood Energy, LLC are due by no later than **November 23, 2018** and that the expert reports of Plaintiff are due by no later than **December 24, 2018**.

Counsel for Plaintiff agreed to be responsible for assembling the pretrial order. The Court reminded the parties to schedule a settlement conference immediately with

1

Magistrate Judge North to take place not later than two weeks prior to the pretrial conference. The parties shall comply with the deadlines below:

| Initial disclosures | **Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have been completed.** |
|---|---|
| Amendments to pleadings, third-party actions, cross-claims, and counterclaims | Filed and served no later than **July 30, 2018** |
| Status conference | **September 27, 2018 at 1:00 p.m.** |
| **Claimants' and Fieldwood Energy, LLC's expert reports** | Delivered to plaintiff's counsel by **November 23, 2018** |
| **Plaintiff's expert reports** | Delivered to opposing counsel by **December 24, 2018** |
| Witness lists<br><br>Each witness must be identified by name and address. The listing of a witness as a representative of an entity is not sufficient<br><br>***See*** **pretrial notice at p. 7** | Filed and served upon opponents by **December 24, 2018** |
| Exhibit lists<br><br>Each exhibit must be listed with specificity and be Bates numbered. Broad, general categories of exhibits are not sufficient<br><br>***See*** **pretrial notice at pp. 5-6** | Filed and served upon opponents by **December 24, 2018** |
| Depositions and discovery<br><br>**Failure to comply with this order may result in sanctions pursuant to Rule 37** | Completed by **January 15, 2019** |
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony<br><br>***See*** **Scheduling Order at p. 3 regarding the format of depositions** | Filed and served no later than **January 22, 2019**<br>(in sufficient time to permit a submission date on or before **February 6, 2019**) |

| | |
|---|---|
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **January 29, 2019** |
| Pretrial order (assembled by counsel for Plaintiff)<br><br>**Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline.** *See* **Section IX.10.b of the pretrial notice** | Filed by **February 11, 2019** at **5:00 p.m.** |
| Pretrial conference<br><br>**Attended by lead attorney. (See Local Rule 11.2)** | **February 14, 2019 at 3:00 p.m.** |
| Final list of witnesses who will be called at trial | Filed no later than **February 22, 2019** at **5:00 p.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **March 7, 2019** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **March 14, 2019** at **5:00 p.m.** |
| Summary of what each party intends to prove and convey to the Court by deposition testimony, along with references to deposition page and line numbers on which each party shall rely, in proving their respective cases (deposition transcripts should also be submitted at this time)<br><br>*See* **pretrial notice at pp. 6-7** | Filed by **March 18, 2019** at **5:00 p.m**. |
| Suggested findings of fact and conclusions of law<br><br>*See* **pretrial notice at pp. 8-9** | Filed and emailed to the Court by **March 18, 2019** at **5:00 p.m.** |
| Trial memoranda<br><br>*See* **pretrial notice at pp. 8-9** | Filed by **March 18, 2019** at **5:00 p.m**. |

| | |
|---|---|
| Objections to exhibits<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s).<br><br>***See* pretrial notice at p. 5** | Filed by **March 18, 2019** at **5:00 p.m**. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>***See* pretrial notice at pp. 5-6** | Delivered to the Court by **March 18, 2019** at **5:00 p.m.** |
| Objections to portions of deposition testimony to be offered into evidence<br><br>***See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions.** | Filed by **March 18, 2019** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>***See* pretrial notice at p. 5** | Filed by **March 20, 2019** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>***See* pretrial notice at p. 6** | Filed by **March 20, 2019** at **5:00 p.m.** |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>***See* pretrial notice at p. 7** | The factual elements of such questions shall be submitted to the expert witness by **March 20, 2019** at **5:00 p.m.** |

| | |
|---|---|
| Bench trial | **March 25, 2019 at 9:00 a.m.** |
| Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses. If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | (estimated to last **6** days) |

**New Orleans, Louisiana, this 28th day of September, 2018.**

*[Signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:17)