UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF RODI MARINE, LLC, AS | * | |
| OWNER AND OPERATOR | * | NO. 17-5394 |
| OF THE M/V WILDCAT | * | |
| PETITIONING FOR EXONERATION | * | SECTION: E(5) |
| FROM OR LIMITATION OF LIABILITY | * | |

*********************************************

## THIRD PARTY COMPLAINT

Now comes Claimant herein, Antonio Smith, who files this Third Party Complaint, as follows:

1.

Made Third Party Defendants are:

A.   Certain Underwriters subscribing to Cover Note No. TRM-407508 (Unique Market Reference B0507M17PP00150), including Syndicate No. MRS 457 (LLUE679523XX) at Lloyds of London;

B.   Certain Underwriters subscribing to Cover Note No. TMU-407507 (Unique Market Reference B0507M16PL06730), including Syndicates No. BRT 2987 LIB 4472, AML 2001, and MRS 457 at Lloyds of London, and

C.   Navigators Insurance Company as issuer of Policy No. HO16LIA00252402.

2.

At all times material hereto Third Party Defendants, Certain Underwriters subscribing to Cover Note No. TRM-407508,(Unique Market Reference B0507M17PP00150), including Syndicate No. MRS 457 (LLUE679523XX) at Lloyds of London and Certain Underwriters subscribing to Cover Note No. TMU-407507 (Unique Market Reference B0507M16PL06730), including Syndicates No. BRT2987, LIB4472, AML 2001, MRS 457 at Lloyds of London, and Navigators

Insurance Company as issuer of Policy No. HO16LIA00252402, had issued a policy or policies of insurance to multiple parties, including Petitioners herein, Rodi Marine, LLC, Rodi Marine Management, LLC and GJR Marine, Marine, LLC.

3.

The aforementioned policies of insurance issued by Third Party Defendants were delivered to Petitioners in the State of Louisiana, and provide coverage for claims and damages as asserted by Claimant, Antonio Smith, in this Limitation Proceeding.

4.

Pursuant to the provisions of the Louisiana Direct Action Statute, LSA R.S. 22:655, et. seq., Third Party Defendants, Certain Underwriters subscribing to Cover Note No. TRM-407508,(Unique Market Reference B0507M17PP00150), including Syndicate No. MRS 457 (LLUE679523XX) at Lloyds of London and Certain Underwriters subscribing to Cover Note No. TMU-407507 (Unique Market Reference B0507M16PL06730), including Syndicates No. BRT 2987, LIB 4472, AML 2001 MRS 457 at Lloyds of London, and Navigators Insurance Company as issuer of Policy No. HO16LIA00252402, are appropriate parties to this litigation, and are liable jointly, severally, and *in solido* with Petitioners, Rodi Marine, LLC, Rodi Marine Management, LLC and GJR Marine, LLC, for all claims and damages asserted by Claimant, Antonio Smith.

Wherefore Claimant and Third Party Plaintiff, Antonio Smith, prays that he be allowed to file this Third Party Complaint, and that after due proceedings are had, there be Judgment rendered in his favor against Petitioners and Third Party Defendants as prayed for in this Third Party Complaint and in Complainant's Original and First and Second Supplemental and Amending Answers and Claims in Response to the Complaints for Exoneration From or Limitation of Liability,

together with pre-judgment interest and post-judgment interest, and for all costs of these proceedings including expert fees, and for all other general and equitable relief deemed appropriate by this Honorable Court.

        Respectfully submitted,

        GARNER & MUNOZ
        1010 Common Street, Suite 3000
        New Orleans, Louisiana
        Telephone:   (504) 581-7070
        Facsimile:    (504) 581-7083

        s/ John G. Munoz
        JOHN G. MUNOZ - #9830

## C E R T I F I C A T E

    I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 20TH day of November, 2018 any non-CM/ECF participants.

        s/ John G. Munoz
        JOHN G. MUNOZ

PLEASE ISSUE A SUMMONS FOR EACH THIRD PARTY DEFENDANT AS INDICATED:

Syndicate 457, managed by Munich Re Syndicate Ltd.
c/o its agent for service of process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Navigators Specialty Insurance Company
c/o its agent for service of process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Syndicate 2987, manages by Brit Syndicates Limited
c/o its agent for service of process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Syndicate 4472, managed by Liberty Managing Agency Limited
c/o its agent for service of process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Syndicate 2001, managed by MS Amlin Underwriting Limited
c/o its agent for service of process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809