UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN THE MATTER OF THE COMPLAINT OF RODI MARINE LLC | CIVIL DOCKET<br><br>NO. 17-5394<br><br>SECTION: "E" (5) |

## ORDER

Before the Court is a Motion to Continue Submission Date[1] filed by Antonio Smith. The motion is **GRANTED IN PART.**

**IT IS ORDERED** that the submission date for the Rule 12(b)(6) and Rule 12(c) Motions on Punitive Damages filed by GJR Marine, LLC, Rodi Marine, LLC, and Rodi Marine Management, LLC[2] is hereby continued to **January 23, 2019**. Other deadlines in the scheduling order[3] remain in effect.

**New Orleans, Louisiana, this 3rd day of December, 2018.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 96.
[2] R. Doc. 95.
[3] R. Doc. 74.