UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | CIVIL ACTION NO. 2:17-CV-5394 |
| COMPLAINT OF RODI MARINE, LLC, | § | |
| AS OWNER AND OPERATOR OF THE | § | JUDGE GUIDRY |
| M/V WILDCAT, PETITIONING FOR | § | |
| EXONERATION FROM OR | § | MAGISTRATE JUDGE NORTH |
| LIMITATION OF LIABILITY | § | |

**O R D E R**

Upon consideration of the foregoing Motion to Reset Telephone Preliminary Conference filed by Fieldwood Energy LLC, and there being no opposition thereto;

**IT IS ORDERED** that the Motion to Reset is granted, and the Telephone Preliminary Conference currently scheduled for September 24, 2019 is reset to **WEDNESDAY, OCTOBER 9, 2019**, at **10:00 A.M.**, for purposes of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. At the designated time, counsel are asked to call **(877) 873-8018; when prompted enter Access Code: 8235682** to join a conference with the Section Case Manager.

New Orleans, this  20th  day of September, 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE