<div style="border:1px solid red; color:red">
PLEASE REVIEW THIS BINDER/POLICY CAREFULLY AS THE COVERAGE, TERMS AND CONDITIONS MAY VARY FROM THOSE INITIALLY REQUESTED IN YOUR SUBMISSION.
</div>

**Cover Note Number:  TMU-407507**
**Renewal of Cover Note Number:  TMU-406847**

# COVER NOTE
### OF INSURANCE EFFECTED THROUGH
## TRIDENT MARINE MANAGERS, INC.
14425 Torrey Chase Blvd., Suite 200,  Houston, TX  77014-1648



This certificate is issued in accordance with authorization granted under agreement B0507M16PL06730 to Trident Marine Managers, Inc. by certain underwriters at Lloyds, London whose names and proportions underwritten by them are attached/shown on page 3.  In consideration of the premium specified in declarations the said underwriters do hereby bind themselves each for his own part, and not one for another, their heirs, executors and administrators, to insure the Interest named herein, in accordance with the terms and conditions attached hereto.

NAME OF ASSURED:    Rodi Marine, LLC (as per attached)
ADDRESS:                     P.O. Box 80115, Lafayette, LA 70598

TERM:     From:  January 1, 2017          To:   January 1, 2018              At the times as per the attached.

OPERATION OR CLASS OF BUSINESS:     Crew boats operating in the Gulf of Mexico.

AMOUNT OR LIMIT:                                As per the attached.

TYPE OF COVERAGE:                              As per the attached.

Acting upon the instructions of:                      Howard Risk Advisors, LLC
                                                                      201 West Vermilion #200
                                                                      Lafayette, LA 70501

We confirm that we, the undersigned, have
procured insurance as hereinafter specified from:          66.67% Lloyd's of London Underwriters – as per attached.
                                                                      33.33% Navigator's Insurance Company
                                                                      (hereinafter called the "UNDERWRITERS").

Certificate Fee:
Federal Tax:
State Tax:
Stamping Fee:
**Total:**

**NOTICE:** NO FLAT CANCELLATIONS ALLOWED

<div style="border:1px solid red; color:red">
Producing Agent, the Assured's Agent, hereinafter called "The Producer", shall remit applicable state taxes to Trident Marine Managers, Inc. for the State of Texas. The Producer assumes all responsibility for such state taxes, if any, in all other states. Whichever party is responsible for the payment of taxes shall also be responsible for full compliance with relevant surplus lines laws of the other states, including the filing of affidavit and other documents if any.
</div>

This Cover Note is made and accepted subject to all the provisions, forms, endorsements and conditions set forth herein or appearing in this Cover Note which are specifically referred to and made a part of this Cover Note, together with such other provisions, conditions, forms and endorsements as may be endorsed herein, or attached hereto; and no officer, agent, broker or representative other than TRIDENT MARINE MANAGERS, INC.  Houston, Texas, or the UNDERWRITERS shall have the power to waive or be deemed to have waived any provision, condition, form or endorsement of the Cover Note unless such waiver, if any, shall be issued and executed by TRIDENT MARINE MANAGERS, INC. Houston, Texas, nor shall any privilege or permission affecting the Insurance under the Cover Note exist or be claimed by the Assured unless so issued and executed.

This Cover Note shall not be valid unless signed by TRIDENT MARINE MANAGERS, INC.

Dated at Houston, Texas                              **TRIDENT MARINE MANAGERS, INC.**
                                                                      by authority of the UNDERWRITER'S



January 9, 2017

EXHIBIT 4                                                           Rodi - 0445

# COVER NOTE CONDITIONS

1. It is expressly understood and agreed by the Assured by accepting this instrument that TRIDENT MARINE MANAGERS, INC. is not one of the UNDERWRITERS or Assurers hereunder and is not nor shall be in any way or to any extent liable for any loss or claim whatever as insurers.  The Assurers hereunder are only those UNDERWRITERS whose names are on file as herein before set forth.

2. On demand of the Assured or its representative the latest financial statements of any Underwriter hereunder will be made available at the office of Trident Marine Managers, Inc. for review.

3. This entire Cover Note shall be void if the Assured has concealed or misrepresented any material fact or circumstances concerning this insurance or the Subject thereof, whether before or after a loss.

4. This Cover Note of Insurance shall not be assigned either in whole or in part without the written consent of TRIDENT MARINE MANAGERS, INC. endorsed hereon.

5. This insurance is made and accepted subject to all the provisions and conditions set forth herein and in any forms or endorsements attached hereto, all of which are to be considered as incorporated herein, and any provisions or conditions appearing in any forms or endorsements attached hereto which alter the Cover Note provisions stated above shall supersede such Cover Note provisions in so far as they are inconsistent therewith.

6. This document intended for use as evidence that insurance described herein has been effected against which UNDERWRITER'S Policy(ies) will be duly issued.  IT IS UNDERSTOOD AND AGREED THAT THIS INSURANCE IS SUBJECT TO ALL THE TERMS, CONDITIONS AND PROVISIONS OF SAID UNDERWRITER'S POLICY(IES) WHICH SHALL, IN THE EVENT OF CONFLICT HEREWITH, BE CONTROLLING.

7. The Assured, upon knowledge of any occurrence likely to give rise to a claim hereunder, shall give immediate notice to the UNDERWRITER'S pursuant to the policy and to TRIDENT MARINE MANAGERS, INC., 14425 Torrey Chase Blvd., Suite 200,  Houston, TX  77014-1648.

8. UNDERWRITER'S have agreed to allow, if applicable, the appropriate amount of the premium to pay Federal Excise Tax.

   It is understood and agreed that in the event of any return of premium becoming due hereunder the UNDERWRITER'S will deduct the appropriate Federal Excise Tax amount from the amount of the return and the Assured or his Agent or Broker should take steps to recover the Tax from the U.S. Government.

EXHIBIT 4

**INSURED:  Rodi Marine, LLC**                    **POLICY NO.  PER POLICY**

## SIGNATURE PAGE

ANY PROVISIONS REQUIRED BY LAW BE STATED IN POLICIES ISSUED BY A SUBSCRIBER HERETO, SHALL BE DEEMED TO HAVE BEEN STATED HEREIN SUBJECT TO THE SEVERAL LIABILITY CLAUSE CONTAINED HEREON.

IN WITNESS, THE ASSURES HEREUNDER HAVE CAUSED THIS POLICY TO BE SIGNED BY A DULY QUALIFIED OFFICER, ATTORNEY OR AGENT, THIS 1st DAY OF JANUARY 2017

THE SUBSCRIBERS HERETO, EACH SEVERALLY BUT NOT JOINTLY, DO INSURE RODI MARINE, LLC

| ASSURER | AMOUNT INSURED | PREMIUM | AUTHORIZED SIGNATURE |
|---|---|---|---|
| UNDERWRITERS AT LLOYD'S AS PER ATTACHED THROUGH  TRIDENT MARINE MANAGERS, INC.    POLICY NO(S): TMU-406847<br><br>Syndicate  Signed %     Pseudonym/Reference<br>2987    29.8559%    BRT<br>4472    26.8648%    LIB<br>2001    29.8469%    AML<br>457      13.4324%    MRS | 66.67% | ██████ | |
| NAVIGATORS INSURANCE COMPANY<br><br>POLICY NO(S):<br>HO16LIA00252402 | 33.33% | ██████ | |
| **TOTAL:** | **100%** | ██████ | |

EXHIBIT 4                    Rodi - 0447

# Price Forbes & Partners Limited                    **507 PRF**

## UNIQUE MARKET REFERENCE: B0507 **M16PL06730**

---

**Attached to and forming a part of Policy Number / Covernote No:**          TMU-407507

**Insured:**    Rodi Marine, LLC

**Effective:**    January 1, 2017 – January 1, 2018

| Syndicate | Signed % | Pseudonym/Reference |
|-----------|----------|---------------------|
| 2987 | 29.8559% | BRT |
| 4472 | 26.8648% | LIB |
| 2001 | 29.8469% | AML |
| 457 | 13.4324% | MRS |

100% Security

**SEVERAL LIABILITY CLAUSE**

**PLEASE NOTE – This notice contains important information.  PLEASE READ CAREFULLY**

The liability of an insurer under this contract is several and not joint with other insurers party to this contract.  An insurer is liable only for the proportion of liability it has underwritten.  An insurer is not jointly liable for the proportion of liability underwritten by any other insurer.  Nor is an insurer otherwise responsible for any liability of any other insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by an insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown in this contract.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is an insurer.  Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together).  The liability of each member of the syndicate is several and not joint with other members.  A member is liable only for that member's proportion.  A member is not jointly liable for any other member's proportion.  Nor is any member otherwise responsible for any liability of any other insurer that may underwrite this contract.  The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA.  The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.

07/03/08
LMA5096 (Combined Certificate)

EXHIBIT 4                                        Rodi - 0448

# Price Forbes & Partners Limited                    **507 PRF**

## UNIQUE MARKET REFERENCE: B0507 **M16PL06730**

---

| Risk Details |
|:---:|

**TYPE:**               Excess Liabilities

**ASSURED:**            Rodi Marine, LLC; DD Marine, LLC; GJR Marine, LLC; Rodi Marine Management, LLC; J2W Marine, LLC; J2W II Marine, LLC; JJWZ Marine, LLC
Including named subsidiary and/or affiliated and/or associated and/or partnership companies and/or individual assureds as their respective interests may appear.

Mailing Address: P.O. Box 80115, Lafayette, LA 70598

**VESSEL(S):**          As Per Attached Schedule
Including new and/or added and/or acquired and/or chartered and/or managed vessles automatically held covered at premium to be agreed by Slip Leader.

**PERIOD:**             Attaching: January 1, 2017 at 00.01 hours Central Standard Time
Expiring:  January 1, 2018 at 00.01 hours Central Standard Time

**INTEREST:**           Umbrella Liability

**LIMIT OF LIABILITY:**
(a)  Limit in respect of each Occurrence which is always subject to (b) below:
     USD 15,000,000

(b)  Aggregate Limit separately in respect of:
     (i)   Products Liability and Completed Operations Liability Combined:
           USD 15,000,000
     (ii)  All other coverages combined:
           USD 15,000,000

**EXCESS OF:**          Scheduled Underlying Insurances, as per Schedule attached, but USD 25,000 Self-Insured Retention per occurrence in respect of exhaustion of Underlying Aggregates, but no drop down in respect of non-recoverable losses.

**SITUATION:**          United States of America

**CONDITIONS:**         London Excess Liability Policy JL2003/006 (June 2003) with Exclusion 5 (B) deleted, but only in respect of Care, Custody and Control covered in a scheduled Underlying Policy and Exclusion 15(C) amended from 14 to 30 days.Exclusions 15 and 16 amended to follow the Underlying Pollution policy.
Excluding Professional Indemnity/Liability.
Waiver of Subrogation Endorsement as attached
Supplementary Exclusions B CGU00Z, but Exclusion 4 (a) does not apply in respect of watercraft removal of wreck or 3rd party removal of wreck and coverage hereunder follows the Removal of Wreck coverage provided in the underlying Protection & Indemnity policy in all respects.
Gulf of Mexico Extension Endorsement, as attached.
In-Rem Endorsement, as attached.
In Personam Endorsement, as attached.
Cancellation Clause, as attached.
Minimum Earned Premium Provision at 25%

Continued …

EXHIBIT 4                    Rodi - 0449

# Price Forbes & Partners Limited                          507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

Claim(s) Reporting Endorsement, as attached
War & Terrorism Exclusion Clause JL2002/002 (17.01.02)
Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and
Electromagnetic Weapons Exclusion Clause CL370 (10.11.03), subject to
U.S.A. and Canada Endorsement USCANB (29.01.04).
Institute Cyber Attack Exclusion Clause CL380 (10.11.03).
Sanction Limitation And Exclusion Clause JL2010/005 (15/09/10)
Primary and Non Contributory Endorsement
U.S. Terrorism Risk Insurance Act of 2002 as amended Not Purchased Clause
LMA 5092 (21/12/2007)

EXPRESS
WARRANTIES:           None
                      *(Other than those that may be expressly contained within the policy conditions,
                      wordings, clauses and in addition to any implied warranties under the law to
                      which this insurance is subject – failure to comply with a warranty will, in normal
                      circumstances, void this insurance policy.)*

CHOICE OF LAW
& JURISDICTION:       In case of any dispute arising out of this insurance, the same shall be governed by
                      and construed in accordance with Louisiana law and practice, jurisdiction subject
                      to Institute Service of Suit Clause (U.S.A.) CL.355 (1.11.92)

PREMIUM:              USD 54,000 in full per annum.

TAXES PAYABLE BY
(RE)INSURED AND
ADMINISTERED BY
UNDERWRITERS:         None

RECORDING,
TRANSMITTING
AND STORING
INFORMATION:          Where the broker maintains risk and/or claim data/information/documents, the
                      broker may hold such data/information/documents electronically.

INSURER CONTRACT
DOCUMENTATION: In respect of Lloyd's Underwriters this document details the contract terms entered
                      into by the insurer (s) and constitutes the contract document.

                      This contract is subject to US state surplus lines requirements. it is the responsibility
                      of the surplus lines broker to affix a surplus lines notice to the contract document
                      before it is provided to the insured. In the event that the surplus lines notice is not
                      affixed to the contract document the insured should contract the surplus lines broker.

                      Any further documentation changing this contract, agreed in accordance with the
                      contract change provisions set out in this contract, shall form the evidence of such
                      change

EXHIBIT 4                                              Rodi - 0450

# Price Forbes & Partners Limited                              507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

| Information |
|:---:|

As per application form.

Operations: Crew boats operating in the Gulf of Mexico

Vessel Schedule as attached

Assured has been in business for 6 years

Estimated Annual Gross Sales: USD 11,000,000

Estimated Annual Gross Payroll: USD 395,857

Maximum crew on board scheduled vessels at any one time: 32 (16 Working/ 16 Resting)

Vehicle Schedule:-
    3 Private Passenger
    6 Light Trucks

Largest Single Loss last 5 years from ground up:
$560,611.91 P&I Claim in the 2015/16 term.

No Losses to this layer last 5 years.

EXHIBIT 4

# Price Forbes & Partners Limited                    **507 PRF**

**UNIQUE MARKET REFERENCE: B0507 M16PL06730**

---

<div align="center">

**DECLARATIONS**

</div>

**Item 1.   Name and Address of the Named Insured:**

As per Risk Details

**Item 2.   Underlying Insurance(s):** AS PER SCHEDULE ATTACHED

~~(a)   "Bodily Injury", "Personal Injury", "Advertising Injury" and/or "Property Damage" except where a separate amount is specifically shown in (b)–(g) below or is added by endorsement,~~

~~any one "Occurrence" without aggregate:~~

~~or annual aggregate:~~

~~(b)   "Products Liability" and "Completed Operations Liability" combined:~~

~~any one "Occurrence" without aggregate:~~

~~or annual aggregate:~~

~~(c)   "Employers Liability"~~

~~any one "Occurrence" without aggregate:~~

~~(d)   "Watercraft Liability"~~

~~any one "Occurrence" without aggregate:~~

~~(e)   "Aircraft Liability"~~

~~any one "Occurrence" without aggregate:~~

~~(f)   "Automobile Liability"~~

~~any one "Occurrence" without aggregate:~~

~~(g)   "Maritime Employer's Liability"~~

~~any one "Occurrence" without aggregate:~~

**Item 3.   Self Insured Retention in respect of each "Occurrence":**

As Per Risk Details

EXHIBIT 4                    Rodi - 0452

# Price Forbes & Partners Limited                              507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

**Item 4.     Limits of Liability:**

(a) Limit in respect of each "Occurrence" which is always subject to (b) below:

   As Per Risk Details

(b) Aggregate limit separately in respect of:

   (i)  "Products Liability" and "Completed Operations Liability" combined:

      As Per Risk Details

   (ii) All other coverages combined:

      As Per Risk Details

**Item 5.     Policy Period:**

(a) Inception date:     As Per Risk Details

(b) Expiry date:       As Per Risk Details

               (both dates inclusive)

**Item 6.     Currency:**

(a) Premiums:

   USD

(b) Indemnity payments:

   USD

**Item 7.     Premium:**

(a)  As Per Risk Details

(b)  Payable on (dates):

   As Per Subscription Agreement

**Item 8.     Payment of Premium to:**

Trident Marine Managers, Inc.

EXHIBIT 4                              Rodi - 0453

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

---

**Item 9.**    **Indemnity Payments to:**

As Per Risk Details


**Item 10.**    **Service of Suit:**

As Per Risk Details


**Item 11.**    **Notice of Occurrence:**

Trident Marine Managers, Inc.


**Item 12.**    **Choice of Law/Jurisdiction:**

As Per Risk Details

EXHIBIT 4

**Price Forbes & Partners Limited**                                    **507 PRF**

**UNIQUE MARKET REFERENCE: B0507 M16PL06730**

This page is intentionally left blank.

EXHIBIT 4

# Price Forbes & Partners Limited                    507 PRF

**UNIQUE MARKET REFERENCE: B0507 M16PL06730**

---

<div align="center">

**LONDON UMBRELLA POLICY**

**THIS IS AN EXCESS LIABILITY POLICY.  PLEASE READ THE ENTIRE DOCUMENT CAREFULLY.  SOME WORDS CONTAINED HEREIN HAVE SPECIFIC MEANING. PLEASE REFER TO THE DEFINITIONS SECTION.**

</div>

**I.         INSURING AGREEMENTS**

   1.  **COVERAGE**

In consideration of the payment of the premium set out in Item 7 of the Declarations and in reliance upon the proposal for this policy (hereinafter Policy), statements made, and any supplementary information pertaining to the proposal which are all deemed incorporated herein, Underwriters agree, subject to the Insuring Agreements, Conditions, Exclusions, Definitions and Declarations contained in this Policy, to indemnify the "Insured" in respect of its operations anywhere in the World, for "Ultimate Net Loss" by reason of liability:

(a)  imposed upon the "Insured" by law or

(b)  assumed by the "Insured" under an "Insured Contract",

     for damages in respect of:

       (i)        "Bodily Injury"

       (ii)       "Personal Injury"

       (iii)      "Property Damage"

       (iv)      "Advertising Injury",

caused by or arising out of an "Occurrence" during the Policy Period as set out in Item 5 of the Declarations.

   2.  **LIMITS OF LIABILITY**

Underwriters shall only be liable for "Ultimate Net Loss" in excess of:

(a)  the Underlying Insurance(s) set out in Item 2 of the Declarations, or,

(b)  the Self Insured Retention set out in Item 3 of the Declarations,

whichever is the greater and then only up to the amount stated in Item 4(a) of the Declarations in respect of each "Occurrence".

Regardless of the number of "Occurrences" that may be covered by this Policy Underwriters' total Limits of Liability shall not exceed the amount of "Ultimate Net Loss" set out in Item 4(b) of the Declarations in the aggregate separately in respect of:

(i)  "Products Liability" and "Completed Operations Liability" combined,

(ii)  All other coverages combined,

for each annual period.

<div align="center">

<span style="color:red">EXHIBIT 4</span>

</div>

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

The inclusion or addition hereunder of more than one "Insured" shall not increase Underwriters' Limits of Liability as set out in Item 4 of the Declarations.

3.  **UNDERLYING INSURANCE(S)/SELF INSURED RETENTION**

    Regardless of the number of "Occurrences" that may be covered by this Policy:

    (a)  where the Underlying Insurance(s) is any one "Occurrence" the "Insured" shall always be liable for either the Underlying Insurance(s) or the Self Insured Retention, whichever is the greater, in respect of each and every "Occurrence;"

    (b)  where the Underlying Insurance(s) is in the aggregate, the "Insured" shall always be liable for the remaining Underlying Insurance(s) or the Self Insured Retention, whichever is the greater, in respect of each and every "Occurrence".

    The Self Insured Retention shall be subject to no aggregate limitation regardless of the number of "Occurrences" that may be covered by this Policy.

    The "Insured" shall have the right to insure all or part of the Underlying Insurance(s) and/or the Self Insured Retention.

4.  **JOINT VENTURES**

    As regards any liability of the "Insured" which is covered under this Policy and arises in any manner whatsoever out of the operations or existence of any joint venture, co-venture, joint lease, joint operating agreement or partnership (hereinafter "Joint Venture") in which the "Insured" has an interest:

    (a)  the Underlying Insurance(s), or

    (b)  the Self Insured Retention, and

    (c)  the Limits of Liability of Underwriters under this Policy,

    shall be limited to the product of:

    (i)  the percentage interest of the "Insured" in said "Joint Venture" or such percentage as takes account of any acceptance by Underwriters as set out in Definition 13(f), and

    (ii)  the Underlying Insurance(s), the Self Insured Retention and the Limits of Liability specified by this Policy, respectively.

    Where the percentage interest of the "Insured" in said "Joint Venture" is not set forth in writing, the percentage to be applied shall be that which would be imposed by law at the inception of the "Joint Venture". Such percentage shall not be increased by the insolvency, bankruptcy, or receivership of any members of the said "Joint Venture" or any other parties. Nothing contained in this Joint Venture clause shall make this Policy subject to the terms of any other insurance.

EXHIBIT 4

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

**II.**         **CONDITIONS**

This Policy is subject to the following conditions:

1. **APPEALS**

   In the event the "Insured" elects not to appeal a judgement which may, in whole or in part, involve indemnity under this Policy, Underwriters may, following discussion with the "Insured", elect to make such appeal at their own cost and expense and shall be liable for the taxable costs and disbursements and any additional interest incidental to such appeal; but in no event shall the liability of Underwriters exceed the relevant Limits of Liability set out in Item 4 of the Declarations plus such costs, expenses, disbursements and interest.

2. **APPLICATION OF RECOVERIES**

   All recoveries or payments recovered or received subsequent to a payment by Underwriters under this Policy, after deduction of all recovery expenses, shall be applied as if recovered or received prior to such payment and all necessary adjustments shall then be made between the "Insured" and Underwriters.

3. **APPORTIONMENT OF "DEFENCE EXPENSES"**

   Whenever any written demand received by the "Insured" for damages is finally resolved by a payment by the "Insured" which, regardless of the amount thereof, is only covered in part by this Policy, then the percentage of any "Defence Expenses" that can be included in the "Ultimate Net Loss" shall be calculated by dividing that part of such payment which is covered by this Policy, by the total amount paid by the "Insured".

4. **ASSIGNMENT**

   Assignment of interest under this Policy shall not bind Underwriters unless and until their written agreement thereto is secured.

5. **CANCELLATION**

   Cancellation of this Policy may be effected either

   (a)  by the "Insured", or

   (b)  by Underwriters or their representatives.

   The "Insured" may cancel this Policy by mailing or delivering advance written notice to Underwriters or their representatives stating when the cancellation is to take effect.

   If Underwriters cancel the Policy because of non-payment of premium, they or their representatives must mail or deliver to the "Insured" not less than ten (10) days advance written notice stating when the cancellation is to take effect. If Underwriters cancel for any other reason, they or their representatives must mail or deliver to the "Insured" not less than ninety (90) days advance written notice stating when the cancellation is to take effect. Mailing of notice by Underwriters or their representatives to the "Insured" at the mailing address shown in Item 1 of the Declarations will be sufficient to prove notice.

   The Policy Period will end on the day and hour stated in the cancellation notice.

EXHIBIT 4                                           Rodi - 0458

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

If Underwriters cancel the Policy, final premium will be calculated pro rata based on the time that this Policy was in force.

If the "Insured" cancels the Policy, final premium will be more than pro rata; it will be based on the time this Policy was in force and increased by Underwriters' short rate cancellation table and procedure.

Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter but the cancellation will be effective even if no refund has been made or offered to the "Insured". Underwriters' cheque, or their representative's cheque, mailed or delivered, shall be sufficient tender of any refund due to the "Insured".

The first named "Insured" in Item 1 of the Declarations shall act on behalf of all other "Insureds" with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under the Policy.

Any of these provisions that conflict with a law that controls the cancellation of the insurance in this Policy is changed by this statement to comply with the law.

6. **CHOICE OF LAW/JURISDICTION**

   If and as attached to this Policy per Declarations.

7. **CROSS LIABILITY**

   In the event of an "Occurrence" resulting in "Bodily Injury" to an employee of one "Insured" hereunder for which another "Insured" is, or may be, liable then this Policy shall cover such "Insured" against whom a "Claim" for damages has been made or may be made in the same manner as if separate policies had been issued to each "Insured" hereunder.

   In the event of an "Occurrence" resulting in "Property Damage" to property of one "Insured" hereunder for which another "Insured" is, or may be, liable then this Policy shall cover such "Insured" against whom a "Claim" for damages has been made or may be made in the same manner as if separate policies had been issued to each "Insured" hereunder.

   Nothing contained herein shall operate to increase Underwriters' Limit of Liability set out in Item 4 of the Declarations.

8. **CURRENCY AND PAYMENTS OF PREMIUMS**

   Premiums and indemnity payments due under this Policy are payable in the currencies set out in Item 6 of the Declarations.  Payment of premiums shall be made by the first named "Insured" set out in Item 1 of the Declarations to the person or entity set out in Item 8 of the Declarations. If the first named "Insured" or its agent fails to pay the premium due to Underwriters by the due date, Underwriters may issue notice to the named "Insured" set out in Item 1 of the Declarations stating when, not less than ten (10) days thereafter, cancellation shall be effective.

9. **DEFENCE**

   Underwriters shall not be called upon to assume the handling or control of the defence or settlement of any "Occurrence" that may be covered under this Policy but Underwriters shall have the right, but not the duty, to participate with the "Insured" in the defence or settlement of any "Occurrence" which may be indemnifiable in whole or in part by this Policy.

EXHIBIT 4                                    Rodi - 0459

# Price Forbes & Partners Limited                    507 PRF

**UNIQUE MARKET REFERENCE: B0507 M16PL06730**

10. **INSOLVENCY**

The insolvency, bankruptcy, receivership or any refusal or inability to pay of the "Insured" and/or any other Underwriter shall not operate to:

(a)  deplete the Underlying Insurance(s) set out in Item 2 of the Declarations;

(b)  deplete the Self Insured Retention set out in Item 3 of the Declarations;

(c)  increase Underwriters' liability under this Policy;

(d)  increase any Underwriters' share of liability under this Policy;

(e)  relieve Underwriters from the payment of "Ultimate Net Loss" under this Policy.

11. **INSPECTION AND INVESTIGATION**

Underwriters may, at any time, audit and examine the books and records of the "Insured" as they relate to this Policy at any time during the Policy Period and for up to three years after the expiration or termination of this Policy.

Underwriters have the right, but are not obligated, to inspect the premises and operations of the "Insured" at any time. The inspections are not safety inspections. They relate only to the insurability of the premises and operations and the premiums to be charged. Underwriters may give the "Insured" reports on the conditions found. They may also recommend changes. Whilst they may help reduce losses, Underwriters do not undertake to perform the duty of any person or organisation to provide for the health or safety of the "Insured's" employees or the public. Underwriters do not warrant that the premises or operations of the "Insured" are safe or healthful or that they comply with laws, regulations, codes or standards.

12. **LOSS PAYABLE**

Any amount for which Underwriters are liable under this Policy shall be due and payable solely to the agent of the "Insured" set out in Item 9 of the Declarations within thirty (30) days after it is agreed by Underwriters.

13. **MAINTENANCE OF UNDERLYING INSURANCE(S)**

During the Policy Period, the "Insured" agrees:

(a)  to keep the policies listed in Item 2 of the Declarations in full force and effect;

(b)  that any renewals or replacements of the policies listed in Item 2 of the Declarations will not be more restrictive in coverage;

(c)  that the limits of insurance of the policies listed in Item 2 of the Declarations shall not change except for any reduction or exhaustion of aggregate limits by payment of "Claims" for "Occurrences" covered by this Policy; and,

(d)  that the terms and endorsements of the policies listed in Item 2 of the Declarations will not materially change during the Policy Period.

If the "Insured" fails to comply with any of these requirements, Underwriters will only be liable to the same extent that they would have been, had the "Insured" fully complied with these requirements.

EXHIBIT 4                    Rodi - 0460

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

14. **NOTICE OF OCCURRENCE**

Written notice must be given to Underwriters within ninety (90) days through the persons named in Item 11 in the Declarations by or on behalf of the "Insured" whenever the "Insured" has information:

(a) of any "Occurrence" causing the death of a human being; or,

(b) of any "Occurrence" where any injury of the following type occurs:

    (i)       quadriplegia or paraplegia; or,

    (ii)      major amputations (leg, arm, foot or hand); or,

    (iii)     other serious injuries such as head injuries, serious burns, loss of an eye, permanent loss of any of the senses, severe scarring, alleged paralysis;

(c) of any "Occurrence" which the "Insured" should reasonably conclude may deplete the Underlying Insurance(s) or Self Insured Retention by 50% or more; or,

(d) of any claim(s) in which Underwriters are named.

15. **OIL POLLUTION ACT DISCLAIMER**

This Policy of insurance is not evidence of financial responsibility under the Oil Pollution Act 1990 or any similar national, federal, state or local laws.  Any showing or offering of this Policy by the "Insured" as evidence of insurance shall not indicate that the Underwriters have consented to act as guarantor or to be sued directly in any jurisdiction whatsoever for the purposes of the Oil Pollution Act 1990.  Underwriters do not consent to be guarantors or to be sued directly.

16. **OTHER INSURANCE**

If other insurance applies to a "Claim" also covered by this Policy, this Policy will apply excess of the other insurance regardless of whether the other insurance is valid or collectable. However, this provision will not apply if the other insurance is specifically written to be excess of this Policy.

17. **PREVENTION OF FURTHER OCCURRENCES**

As soon as the "Insured" becomes aware of an "Occurrence", the "Insured" shall promptly, and at its own expense, take all reasonable steps to prevent further "Bodily Injury", "Personal Injury", "Property Damage" and/or "Advertising Injury" resulting from the same "Occurrence" (or conditions which may give rise to a similar "Occurrence").

18. **PRIOR INSURANCE**

If a loss covered by this Policy is also covered in whole or in part under any other excess policy issued to the "Insured" prior to the effective date of this Policy, Underwriters' Limits of Liability as stated in Item 4 of the Declarations will be reduced by any amounts due to the "Insured" under such prior insurance.

EXHIBIT 4

# Price Forbes & Partners Limited                               507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

19. **SEPARATION OF "INSUREDS"**

Except with respect to Underwriters' Limits of Liability and any rights or duties specifically assigned to the first named "Insured" designated in Item 1 of the Declarations, this insurance applies:

(a) as if each named "Insured" were the only named "Insured"; and,

(b) separately to each "Insured" against whom "Claim" is made or suit brought.

20. **SERVICE OF SUIT**

If and as attached to this Policy per Declarations.

21. **SUBROGATION**

Where an amount is paid by Underwriters under this Policy, the "Insured's" rights of recovery against any other person or entity in respect of such amount shall be exclusively subrogated to Underwriters. At Underwriters' request the "Insured" will assist, co-operate and lend its name to the exercise of Underwriters' rights of subrogation. The "Insured" shall do nothing to prejudice such rights.

All recoveries shall be applied as follows:

(a) any interests, including the "Insured" that have paid an amount in excess of Underwriters' payment under this Policy will be reimbursed first;

(b) Underwriters then will be reimbursed up to the amount they have paid; and,

(c) lastly, any interests, including the "Insured" over which Underwriters' insurance is excess, are entitled to claim the residue.

Expenses incurred in the exercise of rights of recovery shall be apportioned between the interests, including the "Insured", in the ratio of their respective recoveries as finally settled.

22. **TRANSFER OF RIGHTS AND DUTIES**

The rights and duties of the "Insured" under this Policy may not be transferred without prior written consent of Underwriters.

If the "Insured" dies or is legally declared bankrupt, rights and duties will be transferred to its legal representative but only while acting within the scope of duties as its legal representative. However, notice of cancellation sent to the first named "Insured" designated in Item 1 of the Declarations and mailed to the address shown in Item 1 of the Declarations of this Policy will be sufficient notice to effect cancellation of this Policy.

23. **WAIVER OR CHANGE**

Notice to any agent or knowledge possessed by any agent or any other person shall not effect a waiver of or change in any part of this Policy. This Policy can only be changed by a written endorsement that becomes a part of this Policy and is signed by or on behalf of Underwriters.

EXHIBIT 4

# Price Forbes & Partners Limited                    **507 PRF**

**UNIQUE MARKET REFERENCE: B0507 M16PL06730**

III.        **EXCLUSIONS**

This Policy does not apply to any actual or alleged liability:

1.  arising out of breach of contract;

2.  (a)  arising out of "Occupational Disease";

    (b)  arising under any workers' compensation, unemployment compensation or disability laws, statutes, or regulations;

    (c)  for "Employers Liability" where the "Occurrence" takes place, and jurisdiction is ruled to be, in any state(s) where the "Insured" is a non-participant in or non-subscriber to regular programmes established by that state's workers' compensation, unemployment compensation or disability laws, statutes, or regulations; provided however, that this exclusion does not apply to liability of a "Third Party" assumed by the "Insured" under an "Insured Contract";

    (d)  which any "Insured" may have to its own employee arising out of the actions or omissions of another of its own employees;

    (e)  to any "Leased Employee";

3.  arising out of "Aviation Products";

4.  for "Discrimination", "Sexual Harassment" and/or "Inappropriate Employment Conduct";

5.  for "Property Damage" to property:

    (a)  owned, leased, rented or occupied by the "Insured";

    (b)  in the care, custody or control of the "Insured";

6.  for "Property Damage" to the "Insured's Products" arising out of it or any part of it;

7.  for "Property Damage" to property worked on by or on behalf of the "Insured" arising out of such work or any portion thereof, or out of any material, parts or equipment furnished in connection therewith;

8.  for the withdrawal, recall, return, inspection, repair, replacement, or loss of use of the "Insured's Products" or work completed by or for the "Insured" or for any property of which such "Insured's Products" or work form a part;

9.  for any fines, penalties, punitive damages, exemplary damages or any additional damages resulting from the multiplication of compensatory damages;

10. for "Personal Injury" or "Advertising Injury" arising out of:

    (a)  failure to perform under any contract;

    (b)  infringement of trademark, patent, service mark or trade name, other than copyright, titles or slogans;

    (c)  incorrect description or mistake in advertised price of goods, products or services sold, offered for sale or advertised;

EXHIBIT 4                    Rodi - 0463

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

     (d) unfair competition;

11. for any act, negligence, error or omission, malpractice or mistake arising out of "Professional Services", committed or alleged to have been committed by or on behalf of the "Insured" in the conduct of any of the "Insured's" business activities;

12. for "Bodily Injury", "Personal Injury", "Property Damage" and/or "Advertising Injury" directly or indirectly caused by or arising out of:- asbestos; tobacco; coal dust; mold; chromium copper arsenate; Exterior Insulation and Finish System (EIFS); polychlorinated biphenyls; silica; benzene; lead; Methyl Tertiary Butyl Ether/Ethyl; talc; dioxin; pesticides or herbicides; electromagnetic fields; pharmaceutical or medical drugs/products/substances/devices; or any substance containing such material or any derivative thereof;

13. for "Bodily Injury", "Personal Injury", "Property Damage" and/or "Advertising Injury" in the nature of:- hearing loss or damage; human immuno deficiency virus or acquired immune deficiency syndrome; cumulative trauma disorder; repetitive motion or strain injury; carpal tunnel syndrome;

14. for the "Insured's" failure to supply or from fluctuations in supply of any oil, gas, electricity, chemicals, products, materials or services;

15. for "Bodily Injury", "Personal Injury", "Property Damage" and/or "Advertising Injury" directly or indirectly caused by or arising out of seepage, pollution or contamination however caused whenever or wherever happening;

    This exclusion shall not apply where all of the following conditions are shown by the "Insured" to have been met:

    (a) the seepage, pollution or contamination was caused by an "Occurrence"; and,

    (b) the "Occurrence" first commenced on an identified specific date during the period set out in Item 5 of the Declarations; and,

    (c) the "Occurrence" was first discovered by the "Insured" within fourteen (14) days of such first commencement; and,

    (d) written notification of the "Occurrence" was first received from the "Insured" by Underwriters within ninety (90) days of the "Insured's" first discovery of the "Occurrence"; and,

    (e) the "Occurrence" did not result from the "Insured's" intentional violation of any statute, rule, ordinance or regulation.

    Even if the above conditions (a) to (e) are satisfied, this Policy does not apply to any actual or alleged liability:

    (i)      to evaluate, monitor, control, remove, nullify and/or clean-up seeping, polluting or contaminating substances to the extent such liability arises solely from any obligations imposed by or on behalf of a governmental authority;

    (ii)    to abate or investigate any threat of seepage onto or pollution or contamination of the property of a "Third Party";

EXHIBIT 4

# Price Forbes & Partners Limited                    507 PRF

**UNIQUE MARKET REFERENCE: B0507 M16PL06730**

---

    (iii)    for seepage, pollution or contamination of property which is or was, at any time, owned, leased, rented or occupied by any "Insured", or which is or was, at any time, in the care, custody or control of any "Insured" (including the soil, minerals water or any other substance on, in or under such owned, leased, rented, occupied or controlled property or property in such care, custody or control);

    (iv)    in respect of any seepage, pollution or contamination which is directly caused by or arises out of the drilling of, production from, servicing of, operation of or participation in wells or holes;

16. arising out of the handling, processing, treatment, storage, disposal or dumping of any waste materials or substances, or arising out of such waste materials or substances during transportation;

17. arising directly or indirectly out of any one or more of the following:

    (a)  war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, revolution, rebellion, military or usurped power, insurrection or civil strife arising therefrom, or any hostile act by or against a belligerent power;

    (b)  confiscation or expropriation or nationalisation or requisition or deliberate destruction of, or deliberate damage to property;

    (c)  capture, seizure, arrest, restraint or detainment and the consequences thereof or any attempt threat;

    (d)  any act of terrorism or of any person(s) acting maliciously or from a political motive;

18. arising out of any obligation of the "Insured" under a no-fault, uninsured motorist or underinsured motorist law;

19. (a)  arising out of an "Insured's" capacity, duty or responsibility as an officer, director or trustee of a corporation by reason of any breach of fiduciary duty or improper conduct or conflict of interest in the performance of an "Insured's" duties, responsibilities or accountability as an officer, director or trustee, including, without limitation, any actual or alleged misstatement, misleading statement, gain of personal profit or advantage to which the "Insured" was or is not entitled legally, any dishonest act, or bad faith conduct, in the "Insured's" capacity as officer, director or trustee, or with respect to the capital, assets or securities of the corporation, or any action taken beyond the scope of the "Insured's" authority as an officer, director or trustee;

    (b)  arising out of any violation of any national, federal, state or local law regulating, controlling and governing stock, bonds or securities of any type or nature, including, without limitation, liability under The Securities Act of 1933, The Securities Exchange Act of 1934, The Trust Indenture Act of 1939, The Public Utility Holding Company Act of 1935, The Investment Company Act 1940, The Investment Advisers Act of 1940, and the so called "Blue Sky" Laws of the various states or other jurisdiction;

    (c)  of any officer, director or trustee arising out of a shareholder's derivative action;

    (d)  which would be payable under the terms of a directors and officers liability insurance policy or a directors and company reimbursement indemnity policy of the type issued by insurance companies of the United States of America, as if any "Insured" had obtained such coverage

# Price Forbes & Partners Limited

# 507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

in an amount sufficient to pay the full amount being claimed against any "Insured" and any defence thereof, whether or not any "Insured" has obtained such coverage;

20. (a)  arising out of any violation of any national, federal, state or local law regulating, controlling or governing antitrust or the prohibition of monopolies, activities in restraint of trade, unfair methods of competition or deceptive acts and practices or conspiracies in trade and commerce including, without limitation, the Sherman Act, the Clayton Act, the Robinson-Patman Act, the Federal Trade Commission Act, and the Hart-Scott-Rodino Antitrust Improvements Act and the Racketeer Influenced And Corrupt Organizations Act;

  (b)  for any "Claims" for damages made by or on behalf of the Federal Deposit Insurance Corporation, the Federal Savings and Loan Insurance Corporation, the Resolution Trust Company, and other depository insurance corporation, the Comptroller of the Currency, the Federal Home Loan Bank board or any other national, federal, state or local bank regulatory agency, in its capacity as regulator, receiver, conservator, liquidator shareholder, successor in interest or assignee of the "Insured", whether such liability for damages is brought in the name of such agency or by or on behalf of such agency in the name of any other person;

  (c)  arising out of or contributed to by the dishonesty, infidelity or fraud of any "Insured."

21. for any "Claim" not covered by the policies listed in Item 2 of the Declarations.  This exclusion will not apply to the extent that such "Claim" would have been covered except for the reduction or exhaustion of an aggregate limit shown in Item 2 of the Declarations by payment of "Claim(s)" for "Occurrence(s)" which are also covered by this Policy.

Nothing contained in the above Exclusions shall extend this Policy to cover any liability which would not have been covered had these Exclusions not been incorporated herein.

## IV.    DEFINITIONS

### 1.  ADVERTISING INJURY

The words "Advertising Injury", wherever used in this Policy, shall mean injury to a "Third Party" arising out of the "Insured's" advertising activities, but only if such injury arises out of:

(a)  oral or written publication of material that slanders or libels a person or organisation or disparages a person's or organisation's goods, products or services;

(b)  oral or written publication of material that violates a person's right to privacy;

(c)  misappropriation of advertising ideas or style of doing business; or,

(d)  infringement of copyright, title or slogan.

### 2.  AIRCRAFT LIABILITY

The words "Aircraft Liability", wherever used in this Policy, shall mean liability arising out of the maintenance, operation or use of an aircraft, aeroplane or helicopter which is designed to fly in the air or atmosphere.

### 3.  AUTOMOBILE

The words "Automobile," wherever used in this Policy, shall mean a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or

EXHIBIT 4

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

equipment, but the word "Automobile" shall not include the contents of such vehicle, trailer or semi-trailer.

4. **AUTOMOBILE LIABILITY**

The words "Automobile Liability," wherever used in this Policy, shall mean liability arising out of the maintenance, operation or use of any "Automobile".

5. **AVIATION PRODUCTS**

The words "Aviation Products", wherever used in this Policy, shall mean any of the "Insured's Products" consisting of or being part of an aircraft, aeroplane, helicopter, rocket, missile, satellite or other craft designed to fly in the air, atmosphere or space.

6. **BODILY INJURY**

The words "Bodily Injury", wherever used in this Policy, shall mean bodily injury, sickness, disability, or disease. "Bodily Injury" shall also mean mental injury, mental anguish, humiliation, shock or death if directly resulting from bodily injury, sickness, disability or disease.

7. **CLAIM**

The word "Claim", wherever used in this Policy, shall mean that part of each written demand received by the "Insured" for damages, including the service of suit or institution of arbitration proceedings.

8. **COMPLETED OPERATIONS LIABILITY**

The words "Completed Operations Liability", wherever used in this Policy, shall mean liability for "Bodily Injury" and/or "Property Damage" arising out of the "Insured's" operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the "Bodily Injury" and/or "Property Damage" happens after such Operations have been completed or abandoned and happens away from the premises owned, rented, leased, or occupied by the "Insured".

Operations include materials, parts or equipment furnished in connection therewith.  Operations shall be deemed completed at the earliest of the following times:

(a)  when all operations to be performed by or on behalf of the "Insured" under the contract have been completed; or,

(b)  when all operations to be performed by or on behalf of the "Insured" at the site of the operations have been completed; or,

(c)  when that portion of the work out of which the "Bodily Injury" and/or "Property Damage" arises has been put to its intended use by any person or entity other than another contractor or sub-contractor engaged in performing operations for a principal as part of the same project.

Operations which may need service, maintenance, correction, repair or replacement, but which are otherwise complete, shall be deemed as completed.

EXHIBIT 4

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

"Completed Operations Liability" does not include liability for "Bodily Injury" and/or "Property Damage" arising out of:

(a) operations in connection with the transportation of property, unless the "Bodily Injury" and/or "Property Damage" arises out of a condition in or on an "Automobile" created by the loading or unloading thereof, or,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials.

9. **DEFENCE EXPENSES**

The words "Defence Expenses", wherever used in this Policy, shall mean investigation, adjustment, appraisal, defence and appeal costs and expenses and pre and post judgement interest, paid or incurred by or on behalf of the "Insured".

The salaries, expenses or administrative costs of the "Insured" or its employees or any insurer shall not be included within the meaning of "Defence Expenses".

10. **DISCRIMINATION**

The word "Discrimination", wherever used in this Policy, shall mean termination of the employment relationship, a demotion, a failure or refusal to hire or promote, denial of an employment benefit or the taking of any adverse or differential employment action because of race, colour, religion, age, sex, disability, pregnancy, sexual orientation, national origin, or any other basis prohibited by any national, federal, state or local law.

11. **EMPLOYERS' LIABILITY**

The words "Employer's Liability", wherever used in this Policy, shall mean any liability of an "Insured" to its employee arising out of the employment of that employee.

12. **INAPPROPRIATE EMPLOYMENT CONDUCT**

The words, "Inappropriate Employment Conduct", wherever used in this Policy, shall mean:

(a) actual or constructive termination of an employment relationship in a manner which is alleged to have been against the law or wrongful or in breach of an implied employment contract or breach of the covenant of good faith or fair dealing in the employment contract;

(b) allegations of wrongful demotion, or wrongful discipline;

(c) allegations of misrepresentation or defamation made by an employee, a former employee or an applicant for employment which arise from an employment decision to hire, fire, promote or demote;

(d) allegations of infliction of emotional distress, mental injury, mental injury, mental anguish, shock, sickness, disease or disability made by an employee, a former employee or an applicant for employment which arise from an employment decision to hire, fire, promote or demote;

(e) allegations of false imprisonment, detention or malicious prosecution made by an employee, a former employee or an applicant for employment which arise from an employment decision to hire, fire, promote or demote;

EXHIBIT 4

# Price Forbes & Partners Limited                           507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

(f)  allegations of libel, slander, defamation of character or any invasion of right of privacy made by an employee, a former employee or an applicant for employment which arise from an employment decision to hire, fire, promote or demote; or,

(g)  other injury allegations made by an employee, a former employee or an applicant for employment which arise from an employment decision to hire, fire, promote or demote.

"Inappropriate Employment Conduct" does not include damages determined to be owing under a written or express contract of employment or obligation to make payments, including but not limited to severance payments, in the event of the termination of employment.

Inappropriate Employment Conduct shall not include any allegations other than those set forth above.

13. **INSURED**

The word "Insured", wherever used in this Policy, shall mean only the following:

(a)  the named "Insured" set out in Item 1 of the Declarations;

(b)  the named "Insured's" subsidiary, owned or controlled companies which have been declared to and accepted by Underwriters at the inception of this Policy;

(c)  any person or entity to whom the "Insured" is obliged by a written "Insured Contract" entered into before any relevant "Occurrence", to provide insurance such as is afforded by this Policy but only with respect to:

  (i)  liability arising out of operations conducted by the named "Insured" or on its behalf; or

  (ii)  facilities owned or used by the named "Insured";

(d)  any person or organisation, other than the named "Insured", included as an additional insured in the policies listed in Item 2 of the Declarations but not for broader coverage than is available to such person or organisation under such underlying policies;

(e)  any officer, director, stockholder, partner or employee of the "Insured", but only in respect of an "Occurrence" covered hereunder whilst acting within their duties;

(f)  such additional percentage of any joint venture, operation or partnership where the "Insured" is required by written contract to provide insurance for any other partner in the joint venture and which has been declared to and accepted by Underwriters subscribing to this Policy;

(g)  any person or entity that would otherwise fall into (b), (d) or (f) above but for which the first named "Insured" first seeks coverage after the inception date and during the Policy Period, will automatically be covered hereon provided satisfactory advice and full information is received by Underwriters from the first named "Insured" of such additional person or entity within forty-five (45) days after the date such coverage is required. Underwriters reserve the right to charge additional premium and/or impose specific terms upon any person or entity covered under this paragraph (g).

14. **INSURED CONTRACT**

The words "Insured Contract", wherever used in this Policy, shall mean any written contract or agreement entered into by the "Insured" and pertaining to business under which the "Insured"

EXHIBIT 4

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

assumes the tort liability of another party to pay for "Bodily Injury", "Property Damage", "Personal Injury" or "Advertising Injury" to a "Third Party" or organisation. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

15. **INSURED'S PRODUCTS**

The words "Insured's Products", wherever used in this Policy, shall mean goods or products manufactured, sold, handled or distributed by the "Insured" or by others trading under the name of the "Insured", including any packaging thereof.

16. **LEASED EMPLOYEE**

The words "Leased Employee", wherever used in this Policy, shall mean a person leased to the "Insured" by a leasing firm under a written contract between the "Insured" and the leasing firm to perform duties related to the conduct of the "Insured's" business.

17. **OCCUPATIONAL DISEASE**

The words "Occupational Disease", wherever used in this Policy, shall mean any injury, including death, sickness, disease or disability, defined as occupational disease in any workers compensation or disability benefits laws, statutes or regulations of any jurisdiction in which the "Occurrence" falls or the Occupational Disease arises.

18. **OCCURRENCE**

The word "Occurrence", wherever used in this Policy, shall mean an accident, including continuous and repeated exposure to substantially the same general harmful conditions which results in "Bodily Injury", "Personal Injury", "Property Damage", or "Advertising Injury", none of which was expected nor intended by any "Insured".

19. **PERSONAL INJURY**

The words "Personal Injury", wherever used in this Policy, shall mean injury other than "Bodily Injury" or "Advertising Injury" arising from:

(a) false arrest, false imprisonment, wrongful eviction, wrongful detention of a "Third Party" human being;

(b) libel, slander, defamation of character or invasion of right of privacy of such human being, unless arising out of advertising activities;

(c) mental injury, mental anguish or shock to such human being which results from (a) or (b) above.

20. **PRODUCT LIABILITY**

The words "Product Liability", wherever used in this Policy, shall mean liability for "Bodily Injury" and/or "Property Damage" arising out of the "Insured's Products" or reliance upon a representation or warranty made at any time with respect thereto, but only if the "Bodily Injury" and/or "Property Damage" happens after physical possession of the "Insured's Products" has been relinquished to others and happens away from premises owned, leased, rented or occupied by the "Insured".

EXHIBIT 4

# Price Forbes & Partners Limited                                507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

21. **PROFESSIONAL SERVICES**

The words "Professional Services" wherever used in this Policy, shall mean the preparation or approval of audits, accounts, maps, plans, opinions, reports, surveys, designs or specifications and supervisory, inspection, engineering or data processing services.

22. **PROPERTY DAMAGE**

The words "Property Damage", wherever used in this Policy, shall mean physical loss of, physical damage to or physical destruction of tangible property of a "Third Party", including loss of use of the tangible property so lost, damaged or destroyed.

23. **SEXUAL HARASSMENT**

The words "Sexual Harassment", wherever used in this Policy, shall mean unwelcome sexual advances, requests for sexual favours or other verbal or physical conduct of a sexual nature that: (1) explicitly or implicitly are made a condition of employment, (2) are used as basis for employment decisions, or (3) create a work environment that interferes with performance.

24. **THIRD PARTY**

The words "Third Party", wherever used in this Policy, shall mean any company, entity, or human being other than an "Insured" or other than a subsidiary, owned or controlled company or entity of an "Insured".  Notwithstanding Definition 13(e) of this Policy, an employee of an "Insured" shall be treated as a "Third Party".

25. **ULTIMATE NET LOSS**

The words "Ultimate Net Loss", wherever used in this Policy, shall mean the amount the "Insured" is obligated to pay, by judgement or settlement, as damages resulting from an "Occurrence" covered by this Policy, including the service of suit, institution of arbitration proceedings and all "Defence Expenses" in respect of such "Occurrence".

26. **WATERCRAFT LIABILITY**

The words "Watercraft Liability", wherever used in this Policy, shall mean liability arising out of the maintenance, operation or use of any craft designed to float or travel on, in or under the water, including hovercraft.

JL2003/006

EXHIBIT 4                                        Rodi - 0471

# Price Forbes & Partners Limited                          507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

**THIS ENDORSEMENT MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

## WAR & TERRORISM EXCLUSION

This policy excludes any actual or alleged liability, costs or expenses arising directly or indirectly out of any one or more of the following:

(a)  war, civil war, revolution, rebellion, insurrection or civil strife arising therefrom, or any hostile act by or against a belligerent power;

(b)  confiscation or expropriation;

(c)  capture, seizure, arrest, restraint or detainment and the consequences thereof or any attempt threat;

(d)  any terrorist act or any person(s) acting maliciously or from a political motive;

(e)  strikers, locked-out workmen, or persons taking part in labour disturbance, riots or civil commotions;

(f)  derelict mines, torpedoes, bombs or other derelict weapons of war.

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

17/01/02
JL2002/002

EXHIBIT 4

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

### INSTITUTE CYBER ATTACK EXCLUSION CLAUSE

1.1 Subject only to clause 1.2 below, in no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, malicious code, computer virus or process or any other electronic system.

1.2 Where this clause is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, Clause 1.1 shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software programme or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

10/11/03
CL380

EXHIBIT 4                    Rodi - 0473

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

---

### INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE

**This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith**

1.      In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from

   1.1   ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel

   1.2   the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof

   1.3   any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter

   1.4   the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter.  The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes

   1.5   any chemical, biological, bio-chemical, or electromagnetic weapon.

**10/11/2003**
CL.370

EXHIBIT 4                              Rodi - 0474

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

---

### U.S.A. & CANADA ENDORSEMENT FOR THE

### INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE    10/11/03

This policy is subject to the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause 10/11/03 (RACCBE).  The inclusion of RACCBE in this policy is material to underwriters' willingness to provide coverage at the quoted terms, conditions and rates.

It is the intent of the parties to give maximum effect to RACCBE as permitted by law.

In the event that any portion of RACCBE may be found to be unenforceable in whole or in part under the law of any state, territory, district, commonwealth or possession of the U.S.A., or any province or territory of Canada, the remainder shall remain in full force and effect under the laws of that state, territory, district, commonwealth or possession, province or territory.  Further, any such finding shall not alter the enforceability of RACCBE under the laws of any other state, territory, district, commonwealth or possession of  the U.S.A., or any province or territory of Canada, to the fullest extent permitted by applicable law.

**USCAN B**
**29/01/04**

EXHIBIT 4

# Price Forbes & Partners Limited                                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

### INSTITUTE SERVICE OF SUIT CLAUSE (U.S.A.)

It is agreed that in the event of the failure of the Underwriters severally subscribing this insurance (the Underwriters) to pay any amount claimed to be due hereunder, the Underwriters, at the request of the Assured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America.

Notwithstanding any provision elsewhere in this insurance relating to jurisdiction, it is agreed that the Underwriters have the right to commence an action in any court of competent jurisdiction in the United States of America, and nothing in this clause constitutes or should be understood to constitute a waiver of the Underwriters' rights to remove an action to a United States Federal District Court or to seek remand therefrom or to seek a transfer of any suit to any other court of competent jurisdiction as permitted by the laws of the United States of America or any state therein.

Subject to the Underwriters' rights set forth above:

(a)     It is further agreed that the Assured may serve process upon any senior partner in the firm of:

   **Mendes & Mount (Attorneys), 750 Seventh Avenue, New York, N.Y. 10019-6829**

   and that in any suit instituted against any one of them upon this contract the Underwriters will abide by the final decision of the Court or of any Appellate Court in the event of an appeal.

(b)     The above-named are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Assured to give a written undertaking to the Assured that they will enter a general appearance upon the Underwriters' behalf in the event such a suit shall be instituted.

(c)     The right of the Assured to bring suit as provided herein shall be limited to a suit brought in its own name and for its own account.  For the purpose of suit as herein provided the word Assured includes any mortgagee under a ship mortgage which is specifically named as a loss payee in this insurance and any person succeeding to the rights of any such mortgagee.

(d)     Further, pursuant to any statute of any state, territory or district of the United States of America which makes provision therefor, Underwriters hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office (the Officer), as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Assured or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above-named as the person to whom the Officer is authorized to mail such process or a true copy thereof.

**If this clause is attached to a contract of reinsurance the terms insurance and Assured shall mean reinsurance and Reassured respectively.**

1/11/92
CL355

EXHIBIT 4                                    Rodi - 0476

# Price Forbes & Partners Limited                         507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

---

### U.S. TERRORISM RISK INSURANCE ACT OF 2002 AS AMENDED
### NOT PURCHASED CLAUSE

*This Clause is issued in accordance with the terms and conditions of the "U.S. Terrorism Risk Insurance Act of 2002" as amended as summarized in the disclosure notice.*

It is hereby noted that the Underwriters have made available coverage for "insured losses" directly resulting from an "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002", as amended ("TRIA") and the Insured has declined or not confirmed to purchase this coverage.

This Insurance therefore affords no coverage for losses directly resulting from any "act of terrorism" as defined in TRIA except to the extent, if any, otherwise provided by this policy.

All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

LMA5092
21/12/2007
Form approved by Lloyd's Market Association

EXHIBIT 4

Rodi - 0477

# Price Forbes & Partners Limited                        507 PRF

**UNIQUE MARKET REFERENCE: B0507 M16PL06730**

---

### WAIVER OF SUBROGATION ENDORSEMENT

Insurers agree to waive their rights of subrogation against any principal where waiver is required by written contract but only in respect of liability for Bodily Injury and/or Property Damage arising out of operations performed by the Named Assured and only to the extent required under said written contract.

All other terms and conditions remain unchanged.

### CLAIMS REPORTING ENDORSEMENT

It is agreed by the Insured that with respect to claim(s) reporting, in addition to the terms and conditions set forth in this Policy, immediate written notice must be given to Underwriters by or on behalf of the Insured:

(i)        of any incident causing the death of a human being; or

(ii)       of any incident where any injury of the following type occurs:

        a)        quadriplegia or paraplegia; or
        b)        major amputations (leg, arm, foot or hand); or
        c)        other serious injuries such as head injuries, serious burns, loss of
              an eye, permanent loss of any of the senses, severe scarring, alleged
              paralysis; or
        d)        any claim(s) in which Underwriters are named as a defendant; or

(iii)      of any incident causing any injury, death, disease or property damage where the paid or reserved amount being claimed for exceeds 50% (50 per cent) of the deductible and/or excess as stated in the Policy.

All other terms and conditions remain unchanged.

EXHIBIT 4

# Price Forbes & Partners Limited

**507 PRF**

**UNIQUE MARKET REFERENCE: B0507 M16PL06730**

---

THESE EXCLUSIONS RESTRICT THE POLICY. PLEASE READ THEM CAREFULLY.

## SUPPLEMENTARY EXCLUSIONS B

NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN THIS POLICY, IT IS HEREBY UNDERSTOOD AND AGREED THAT THIS POLICY IS SUBJECT TO THE FOLLOWING ADDITIONAL EXCLUSIONS AND THAT THIS POLICY SHALL NOT APPLY TO:-

1.  any liability for

    a.  loss of or damage to any well or hole
        (i)     which is being drilled or worked over by or on behalf of the Insured,
        or
        (ii)    which is in the care custody or control of the Insured,
        or
        (iii)   in connection with which the Insured has provided services, equipment or materials.

    b.  any cost or expense incurred in the redrilling or restoring of any such well or any substitute well or hole.

2.  any liability for loss of or damage to any drilling tool, pipe, collar, casing, bit, pump, drilling or well servicing machinery, or any other equipment while it is below the surface of the earth in any well or hole

    a.  which is being drilled or worked over by or on behalf of the Insured,

    or
    b.  which is in the care custody or control of the Insured,

    or
    c.  in connection with which the Insured has provided services, equipment or materials.

3.  any liability for costs and expenses incurred in, or incidental to

    a.  controlling or bringing under control any wells or holes,
    or
    b.  extinguishing fire in or from any wells or holes,
    or
    c.  drilling relief wells or holes, whether or not the relief wells or holes are successful.

4.  any liability for costs and expenses incurred in, or incidental to

    a.  the raising, removal or destruction of any wreckage, debris or obstruction, however caused, whether or not the property of the Insured, and whether or not such raising, removal or destruction is required by law, contract or otherwise,

    b.  the removal or recovery of any drilling tool, pipe, collar, casing, bit, pump, drilling

EXHIBIT 4

Rodi - 0479

# Price Forbes & Partners Limited                                    507 PRF

**UNIQUE MARKET REFERENCE: B0507 M16PL06730**

---

or well servicing machinery or any other equipment while it is below the surface of the earth in any well or hole.

5.   any liability for loss of or damage to sub-surface oil, gas, water, or other substance or material, or the cost or expense of reducing to physical possession above the surface of the earth any oil, gas, water, or other substance or material, or expense incurred or rendered necessary to prevent or minimise such loss or damage.

6.   any liability for damages to any Co-owner of a working interest with respect to such working interest. As used in this exclusion, the term "Co-owner of a working interest" means any person or entity working with the Insured, a Co-owner, joint venturer or mining partner in mineral properties who participates in the operating expense of such properties or revenues therefrom, or who has the right to participate in the control, development or operation of such properties.

All other terms and conditions remain unchanged

**CGU00Z**

EXHIBIT 4                                    Rodi - 0480

# Price Forbes & Partners Limited                507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

---

### IN-REM ENDORSEMENT

It is agreed that any occurrence or accident otherwise covered by this policy resulting in any action "in rem" of any vessel owned, operated or chartered by the insured shall in all respects be treated in the same manner as though the action resulting therefrom were 'in personam" against the insured.

All other terms and conditions remain unchanged

### CANCELLATION CLAUSE

This Policy may be cancelled by either party giving thirty (30) days (ten (10) days in the event of non-payment of premium) written or telegraphic notice to the other, if at the option of Underwriters pro rata, if at the request of the Assured short rates, will be charged - and arrival.

### MINIMUM EARNED PREMIUM PROVISION

In the event of cancellation by the named insured, the underwriters shall receive and retain not less than a minimum premium of 25% of the total annual premium.

All other terms and conditions remain unchanged

### GULF OF MEXICO EXTENSION ENDORSEMENT

It is agreed that coverage afforded by this policy is hereby extended to include the Gulf of Mexico.

All other terms and conditions remain unchanged

### IN PERSONAM LIABILITY

Privilege is granted for the captain or other qualified pilot, to leave the vessel and to continue the operation in which the vessel shall be engaged from other points of vantage; and this insurance shall extend to and cover the legal liability of either the vessel or Assured or both, for any act of the captain while so conducting the operation.

All other terms and conditions remain unchanged

EXHIBIT 4

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730
_____

### SANCTION LIMITATION AND EXCLUSION CLAUSE

No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

15/09/10
JL2010/005

### PRIMARY AND NON CONTRIBUTORY ENDORSEMENT

Notwithstanding anything to the contrary contained in the policy to which this endorsement is attached, it is hereby understood and agreed that in consideration the premium hereon, the policy is modified as follows: This policy's Other Insurance provision is modified such that the coverage afforded by this policy to such Additional Assured shall apply as primary insurance and any other insurance issued to such Additional Assured shall apply as excess and noncontributory insurance. However, this condition shall only apply where such is required by written contract executed prior to an occurrence, accident, loss or damage for which coverage is sought under this policy.

Notwithstanding the above, the underlying as scheduled in this policy are deemed in force for full limits.

EXHIBIT 4                                    Rodi - 0482

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

### SCHEDULE OF UNDERLYING INSURANCES

| COVERAGE | CARRIER | LIMIT |
|----------|---------|-------|
| Automobile Liability<br><br>Policy#: HSLR18-02446-05 | Houston Speciality | USD 1,000,000 Combined Single Limit |
| Marine General Liability<br><br><br><br><br>Policy#:  HO17LIA00252401 | Navigators | USD 1,000,000 each occurrence USD 2,000,000 aggregate in respect of Products / Completed Operations USD 2,000,000 general aggregate (other than Products and Completed Operations) |
| Maritime Employers Liability<br><br>Policy#: B1368E17655 | Lloyd's | USD 1,000,000 |
| Employers Liability<br><br>Policy#: 146328 | LWCC | USD 1,000,000 |
| Protection & Indemnity<br><br>Policy#: TRM-407508 | Lloyd's | USD 1,000,000 |
| Collision Liability (included in the Hull & XS Hull Policies)<br><br>Hull Policy#: B5JH9075417<br><br>XS Hull Policy#: TRM-407510 | <br><br><br>Hull:  Atlantic Speciality<br><br>XS Hull:  Lloyd's | USD 1,000,000 |
| Pollution Liability<br><br>Policy#: 06897-04 | Lloyd's | USD 5,000,000 |

EXHIBIT 4

# Price Forbes & Partners Limited                    507 PRF

## UNIQUE MARKET REFERENCE: B0507 M16PL06730

---

### SCHEDULE OF VESSELS

|  | | Amount / Limit |
|---|---|---|
| **Description** | | |
| **Name:** | Miss Peggy Ann | $2,400,000 |
| **Type:** | 1989 Crewboat | |
| **Crew:** | 4 | |
| | | |
| **Name:** | Grant | $2,400,000 |
| **Type:** | 1991 Crewboat | |
| **Crew:** | 4 | |
| | | |
| **Name:** | Wildcat | $3,000,000 |
| **Type:** | 1992 Crewboat | |
| **Size:** | 137.6' | |
| **Crew:** | 4 | |
| | | |
| **Name:** | Mr. Mag | $3,218,000 |
| **Type:** | 1996 Crewboat | |
| **Size:** | 139.8' | |
| **GRT:** | 93 | |
| **Crew:** | 4 | |
| | | |
| **Name:** | Mr. Lloyd | $5,800,000 |
| **Type:** | 2004 Crewboat | |
| **Size:** | 147.5' | |
| **GRT:** | 99 | |
| **Crew:** | 4 | |
| | | |
| **Name:** | Riley Claire | $11,500,000 |
| **Type:** | 2014 Crewboat | |
| **Size:** | 175' | |
| **Crew:** | 6 | |
| | | |
| **Name:** | Mason G | $11,500,000 |
| **Type:** | 2015 Crewboat | |
| **Size:** | 175.0 x 30.0 x 13.5 | |
| **Crew:** | 6 | |

EXHIBIT 4

Rodi - 0484