UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF RODI MARINE, LLC, AS | * | |
| OWNER AND OPERATOR * | * | NO. 17-5394 |
| OF THE M/V WILDCAT | * | |
| PETITIONING FOR EXONERATION | * | SECTION: E(5) |
| FROM OR LIMITATION OF LIABILITY | * | |

*******************************************

## JOINT STATUS REPORT

In accordance with the Court's Order of April 21, 2022 (Rec. Doc. 230), the parties submit the following Joint Status Report.

(1) THE FOLLOWING IS A LIST OF THE PARTIES TO THIS LITIGATION AND THEIR COUNSEL:

    A.    **Rodi Marine, LLC, Rodi Marine Management, LLC, and GJR Marine, LLC**
Harry E. Morse, Esq.
Bohman | Morse
400 Poydras Street, Suite 2050
New Orleans, LA 70130
Phone: 504-930-4009
Fax: 888-217-2744
Email: Harry@BohmanMorse.com

    B.    **Navigators Insurance Company**
Bradley J. Schlotterer, Esq.
Sean T. McLaughlin, Esq.
Kean Miller LLP
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Phone: 504-620-3354
Fax: 504-585-051
Email: Sean.Mclaughlin@keanmiller.com

    C.    **Fieldwood Energy LLC**
James D. Bercaw, Esq.
King & Jurgens, L.L.C.
Place St. Charles
201 St. Charles Ave.
45th Floor
New Orleans, LA 70170

      Email: jbercaw@kingjurgens.com

D. **Certain Underwriters at Lloyd's, London and Navigators Insurance Company subscribing to Policy Number TMU-407507**
Kyle S. Moran, Esq.
Katherine L. Wyly
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 300
New Orleans, LA 70130
Phone: 228-679-1305
Email: **Kyle.Moran@phelps.com**

2. **PENDING MOTIONS:**

The following list contains the pending motions for summary judgment and partial summary judgment concerning the indemnity and insurance obligations among the parties:

| Date | Rec. Doc. | Motion |
| --- | --- | --- |
| 04/28/2020 | 183 | Motion for Partial Summary Judgment to Dismiss Third Party Complaint of Rodi Marine, L.L.C. by Fieldwood Energy LLC |
| 05/12/2020 | 186 | Motion for Summary Judgment by GJR Marine, LLC, Rodi Marine LLC, Rodi Marine Management, LLC. |
| 05/12/2020 | 187 | Motion for Summary Judgment by Certain Underwriters(Subscribing to Cover Note No. TMU-407507 (Unique Market Reference B0507M16PL06730) |
| 05/12/2020 | 188 | Motion for Partial Summary Judgment to Dismiss Indemnity and Insurance Claims of the Rodi Entities against Fieldwood Energy LLC by Fieldwood Energy LLC |
| 05/12/2020 | 189 | MOTION for Partial Summary Judgment to Limit Any Recovery by Rodi Entities to Their Deductible by Fieldwood Energy LLC |

The submission dates for all of the foregoing motions have passed.  Except for Rec. Doc. 183 (Motion for Partial Summary Judgment to Dismiss Third Party Complaint of Rodi Marine, L.L.C. by Fieldwood Energy LLC), opposition and reply memoranda, as well as statements of contested/additional material facts have been filed concerning each motion.  The Motion for

Partial Summary Judgment to Dismiss Third Party Complaint of Rodi Marine, L.L.C. by Fieldwood Energy LLC should be granted as unopposed.

3.     **THE DATES AND TIMES OF ANY STATUS CONFERENCES, ETC.**

There are no dates or deadlines currently pending.

4.     **THE FOLLOWING IS A BRIEF DESCRIPTION OF THE FACTUAL AND LEGAL ISSUES UNDERLYING THE DISPUTE:**

This civil action should be restored to the Court's active docket.

This is a claim for exoneration and/or limitation of liability brought by the Rodi Group (Rodi Marine, Rodi Marine Management, LLC and GJR Marine, LLC) following an allision between the M/V WILDCAT, an offshore supply vessel, and the fixed Chevron Platform ST-23, which occurred on April 17, 2017, in the Gulf of Mexico.

There were claims for personal injury that have all been resolved. Rodi claimed its entitlement to defense, indemnity, and additional insured status from Fieldwood. Fieldwood claimed its entitlement to defense, indemnity, and additional named insured status (alternatively, additional assured status) from Rodi and Rodi's underwriters.

Should this matter proceed to trial, the primary issues to be decided by the Court are:

1) What are the operative contractual terms between the parties;

2) Whether the captain and crew of the M/V Wildcat were grossly negligent and if so, the effect thereof;

3) Whether the Rodi Group is entitled to recover on its suit for contractual defense and indemnity against Fieldwood pursuant to the terms of a Master Time Charter Agreement between Fieldwood and Kilgore Marine Services, L.L.C. applicable the M/V WILDCAT in effect at the time of the allision;

4) If Rodi Group is entitled to recover on its suit for contractual defense and indemnity against Fieldwood, whether that recovery is limited to its deductible on the Rodi Group's primary P&I policy;

5) Whether Rodi Marine, L.L.C. and Rodi Marine Management, L.L.C. are members of the "Owner Group" also referred to herein as the Rodi Group as defined in the Master Time Charter Agreement between Fieldwood and Kilgore Marine Services, L.L.C. applicable to the M/V WILDCAT in effect at the time of the allision;

6) Whether Fieldwood is entitled to recover on its suit for (a) contractual defense and indemnity against GJR Marine, LLC as well as (b) insurance coverage and defense as an additional named insured from Navigators Insurance Company and Excess Underwriters at Lloyd's from the Rodi Group's incidental demand against Fieldwood pursuant to a Brokerage Agreement between Kilgore Marine Services, L.L.C. and GJR Marine, LLC applicable to the M/V WILDCAT in effect at the time of the allision.

7) Alternatively, Fieldwood's claims against GJR Marine, LLC for insurance coverage and defense pursuant to the Brokerage Agreement between Kilgore Marine Services, L.L.C. and GJR Marine, LLC applicable to the M/V WILDCAT in effect at the time of the allision in the event Navigators and Excess Underwriters are found not to insure Fieldwood as an additional named insured;

8) Fieldwood's recovery pursuant to the GJR Brokerage Agreement of attorney's fees and costs and reimbursement of amounts paid on Fieldwood's behalf in settlement of the claims of Mr. Smith;

9) Alternatively, whether if Fieldwood is entitled to recover on its suit, whether Fieldwood's recovery is limited to its deductible.

**5.  A LISTING OF ANY DISCOVERY THAT REMAINS TO BE DONE**

The parties believe that discovery is complete.

**6.  A DESCRIPTION OF THE STATUS OF ANY SETTLEMENT NEGOTIATIONS**

The parties attended a first settlement conference before U.S. Magistrate Judge Michael North on September 19, 2019 (Rec. Doc. 158), which ended with no settlement. The parties also participated in subsequent settlement conferences on December 17, 2019 (Rec. Doc. 171) and August 3, 2020 (Rec. Doc. 222). The parties believe that another settlement conference may be useful.

| | |
|---|---|
| Respectfully submitted:<br><br>**BOHMAN \| MORSE, LLC**<br><br>/s/Harry E. Morse<br>HARRY E. MORSE (#31515)<br>MARTIN S. BOHMAN (#22005)<br>400 POYDRAS STREET, SUITE 2050<br>NEW ORLEANS, LA 70130<br>TELEPHONE: (504) 930-4009<br>FAX: (888) 217-2744<br>E-MAIL: HARRY@BOHMANMORSE.COM<br>E-MAIL: MARTIN@BOHMANMORSE.COM<br><br>*Attorneys for Rodi Marine, LLC.*<br><br>**PHELPS DUNBAR LLP**<br><br>/s/ Kyle S. Moran<br>Kyle Moran (Bar No. 33611)<br>Katherine Wyly (Bar No. 36737)<br>PHELPS DUNBAR LLP<br>Canal Place \| 365 Canal Street, Suite 2000<br>New Orleans, Louisiana 70130-6534<br>Telephone: 504-566-1311<br>Telecopier: 504-568-9130<br>E-mail:kyle.moran@phelps.com<br>E-mail: katherine.wyly@phelps.com<br><br>*Attorneys for Certain Underwriters at Lloyd's, London and Navigators Insurance Company Subscribing to Policy No. TMU-407507* | KING & JURGENS, L.L.C.<br><br>/s/ *James D. Bercaw*<br>JAMES D. BERCAW (#20492)<br>201 St. Charles Avenue, Ste. 4500<br>New Orleans, Louisiana 70170<br>Tel:  504.343.3412<br>Fax:  504.343.3412<br>E-Mail:  jbercaw@kingjurgens.com<br><br>*Attorneys for Fieldwood Energy LLC*<br><br>  *Respectfully submitted,*<br><br>  */s/ Sean T. McLaughlin*<br>  *Bradley J. Schlotterer, (#24211)*<br>  *Sean T. McLaughlin, (#31870)*<br>  *KEAN MILLER LLP*<br>  *First Bank and Trust Tower*<br>  *909 Poydras St., Suite 3600*<br>  *New Orleans, LA 70112*<br>  *Telephone:  (504) 585-3050*<br>  *brad.schlotterer@keanmiller.com*<br>  *sean.mclaughlin@keanmiller.com*<br>  **Counsel for Navigators Insurance Company** |